IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SEYON R. HAYWOOD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Case No. 09–cv–0807–MJR–SCW |
| JODY HATHAWAY, | ) ) ) |
| Defendant. | ) |

## ORDER

**REAGAN, District Judge:**

Plaintiff here (and appellant in Seventh Circuit Case No. 12-1678) has moved to withdraw the record on appeal. According to Seventh Circuit Rule 11(d), "[w]hen the party withdrawing the record is incarcerated, the clerk who has physical custody of the record, on order of [the Seventh Circuit Court of Appeals], will send the record to the warden of the institution with the request that the record be made available to the party under supervised conditions and be returned to the respective clerk before a specified date." Thus, Mr. Haywood must make his request for the record to the Court of Appeals. To that end, the Court DENIES Mr. Haywood's Motion to Withdraw the Record on Appeal (Doc. 113), but DIRECTS the Clerk to forward a copy of the motion, along with a copy of this order, to the Seventh Circuit.

IT IS SO ORDERED.

DATE: <u>August 22, 2012</u>        /s/ *Michael J. Reagan*
                              MICHAEL J. REAGAN
                              United States District Judge