IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| SEYON R. HAYWOOD, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | No. | 09-807-SCW |
| | ) | | |
| JODY HATHAWAY, | ) | | |
| | ) | | |
| Defendant. | ) | | |
| | ) | | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to Stipulation of Dismissal filed October 25, 2018 (Doc. 176) the above-captioned action is **DISMISSED** with prejudice. Each party to bear its own costs.

**Dated:** December 6, 2018

                                                    **Margaret M. Robertie, Clerk of Court**

                                                    **By: s//Angela Vehlewald**
                                                             **Deputy Clerk**

**Approved:** s//Stephen C. Williams
              **STEPHEN C. WILLIAMS**
              **UNITED STATES MAGISTRATE JUDGE**